# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Duane Porte et al | ) | Case No: 12 C 9844 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: John W. Darrah |
| Pipefitters Association et al | ) |  |

# **ORDER**

For the reasons stated in the attached memorandum opinion and order, MCA's Motion to Dismiss Counts IV, V and VI of Plaintiff's Complaint [22] and Local 597's Motion to Dismiss Count VI [27] are granted. Count VI is dismissed without prejudice with respect to Local 597 and MCA. Counts IV and V are dismissed without prejudice as to MCA. Defendants' Joint Motion to strike Allegations and Exhibit D from the Complaint [24] is also granted; allegations 19 through 90 and Exhibit D are struck from the Complaint. Plaintiffs are granted leave to amend their allegations, in accordance with Rule 11, within thirty days of this order. Enter Memorandum Opinion and Order.

Date: 9/12/13                                                                                    /s/ Judge John W. Darrah