IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DUANE PORTER, KENNETH BLACK, RONALD BOUIE, RICKY BROWN, SAMUEL CLARK, FRANK CRADDIETH, DONALD GAYLES, and STEVEN WILSON, on their own behalf and on behalf of a class of all others who are similarly situated, | ) ) ) ) ) ) ) | |
| | ) | No. 12-cv-09844 |
| *Plaintiffs,* | ) ) | Judge Ellis |
| v. | ) ) | Magistrate Judge Brown |
| | ) ) | JURY TRIAL DEMANDED |
| PIPEFITTERS ASSOCIATION LOCAL UNION 597, | ) ) ) | |
| *Defendant.* | ) ) | |

## JOINT PROPOSED DISCOVERY PLAN

The parties submit the following Joint Proposed Discovery Plan pursuant to the Court's order of November 16, 2013.

- Classwide and individual discovery proceed simultaneously.

- Parties will exchange Rule 26(a)(1) Disclosures by January 15, 2014.

- Parties will exchange first sets of written discovery requests by January 31, 2014.

- Classwide and individual fact discovery will be completed by September 30, 2014.

- Plaintiffs' expert disclosures will be served by October 31, 2014.

- Defendant will depose plaintiffs' expert(s) by November 28, 2014.

- Defendant's expert disclosures will be served by January 9, 2015.

- Plaintiffs will depose defendant's expert(s) by February 13, 2015.

- Rebuttal reports, if any, will be submitted by March 13, 2015.

- Plaintiffs' class certification motion is due April 30, 2015.

- After ruling on class certification, the parties may file dispositive motions. If so, they will do so within 60 days of the Court's order on class certification or the resolution of any appeal regarding that ruling, whichever is later.

Dated: December 16, 2013         Respectfully submitted,

/s/ Jamie S. Franklin
*For the plaintiffs*

and

/s/ Tom H. Luetkemeyer
*For defendant Local 597*

Wesley E. Johnson
Adam B. Goodman
GOODMAN TOVROV HARDY & JOHNSON LLC
105 W. Madison St., Ste. 1500
Chicago, IL 60602
(312) 752-4828 (WJ)
(312) 264-2535 (fax)
wjohnson@goodtov.com
adam@thegoodmanlawoffices.com

Jamie S. Franklin, ARDC No. 6242916
THE FRANKLIN LAW FIRM LLC
53 W. Jackson Blvd., Ste. 803
Chicago, IL 60604
(312) 662-1008
(312) 662-1015 (fax)
jsf@thefranklinlawfirm.com

Tom H. Luetkemeyer
Aimee E. Delaney
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Ste. 300
Chicago, IL 60601
312-704-3000
312-704-3001
tluetkemeyer@hinshawlaw.com
adelaney@hinshawlaw.com

Dennis R. Johnson
Joseph E. Mallon
JOHNSON & KROL, LLC
300 S. Wacker Dr., Ste. 1313
Chicago, IL 60606
312-372-8587
312-255-0449
johnson@johnsonkrol.com
mallon@johnsonkrol.com