# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Duane Porter, et al.

                                            Plaintiff,

v.                                             Case No.: 1:12–cv–09844

                                               Honorable Sara L. Ellis

Pipefitters Association Local Union 597, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 1/29/2020 and continued to 3/24/2020 at 9:30 a.m. By 2/10/2020, the parties are to confer on issues relating to contingency of sale, length of agreement, and class action fairness act and provide update to the Court's email inbox. Defendant's motions in limine nos. 1–15 are stricken without prejudice. The status set before Magistrate Weisman to go forward on 2/10/2020 at 9:15 a.m.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.