# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DUANE PORTER, KENNETH BLACK, RONALD BOUIE, RICKY BROWN, SAMUEL CLARK, FRANK CRADDIETH, DONALD GAYLES, STEVEN WILSON, AND JEFFREY PICKETT, on their own behalf and on behalf of a class of all others who are similarly situated, | |
| | No. 12-cv-09844 |
| *Plaintiffs,* | Judge Ellis |
| | Magistrate Judge Weisman |
| v. | |
| PIPEFITTERS ASSOCIATION LOCAL UNION 597, | |
| *Defendant.* | |

## ORDER SETTING DATES REQUIRED BY PRELIMINARY APPROVAL

A hearing was held on June 24, 2020 on the Parties' Joint Motion for Preliminary Approval. At the hearing, the Court reviewed the Order of Jurisdiction and heard comments from eight of the nine Named Plaintiffs, as one Named Plaintiff did not appear. After full consideration, the Court finds for the reasons stated in open court that the Order of Jurisdiction appears to be a fair and reasonable settlement of the parties' legal claims. Therefore, the Court grants the Motion for Preliminary Approval and orders the following:

1. Pipefitters Association Local Union 597 shall provide the Plaintiffs with an updated list of class members by July 2, 2020.

2. The Notice of Settlement (as presented to the Court on June 25, 2020), Claim Form, and Release shall be mailed to the Class Members by the Settlement Administrator by July 23, 2020.

0942408\306074877.v1

3. The last page of the Notice of Settlement shall be amended to indicate that the Court and its staff should not be contacted regarding the Settlement.

4. A status report concerning effective mailing of the Notice shall be filed with the Court by October 27, 2020.

5. The Fairness Hearing for final approval of the Order of Jurisdiction shall be set for November 17, 2020, at 1:30 p.m.

ENTERED this 29th DAY OF JUNE, 2020

_____
United States District Court Judge Sara L. Ellis