# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DUANE PORTER, KENNETH BLACK, RONALD BOUIE, RICKY BROWN, SAMUEL CLARK, FRANK CRADDIETH, DONALD GAYLES, STEVEN WILSON, AND JEFFREY PICKETT, on their own behalf and on behalf of a class of all others who are similarly situated, *Plaintiffs,* v. PIPEFITTERS ASSOCIATION LOCAL UNION 597, *Defendant.* | No. 12-cv-09844 Judge Sara L. Ellis Magistrate Judge M. David Weisman |

## ORDER AUTHORIZING THE DISTRIBUTION OF THE AWARDS TO CERTAIN NAMED PLAINTIFFS AND ATTORNEYS' FEES AND COSTS

Class Counsel has filed a motion requesting authorization for the Pipefitters Class Action Settlement Trust fund to distribute the awards previously approved by this Court to the nine Named Plaintiffs who have signed releases. Class Counsel also requests authority to have the Pipefitters Class Action Settlement Trust Fund distribute the attorneys' fees and costs that this Court approved on November 17, 2020, to Class Counsel. These awards are authorized at this time by the Order of Jurisdiction and Settlement Agreement entered by this Court on November 24, 2020.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

    1.    The Pipefitters Class Action Settlement Trust Fund and Class Counsel are authorized to distribute the amount of One Hundred Eleven Thousand, One

1

Hundred Eleven Dollars and Eleven Cents ($111,111.11) each to the nine Named Plaintiffs who have signed releases in this case. This amount reflects the total and final awards to those nine Named Plaintiffs for their incentive payments, their individual claims, and their class claims.

2. The Pipefitters Class Action Settlement Trust Fund and Class Counsel are authorized to distribute the amount of One Million Dollars ($1,000,000.00) to Class Counsel as their attorneys' fees and cost. Subject to the terms of the Order of Jurisdiction, this is the final and total award of fees and costs to Class Counsel.

3. First Class, Inc., as the Settlement Administrator designated by the Order of Jurisdiction, is authorized to accept and disburse the funds as directed in this Order.

ENTERED this 8th DAY of FEBRUARY, 2021

United States District Court Judge Sara L. Ellis